JOHN G. BLUE, Adm'r. of JOHN A. RICHARDSON v. JOHN L. McMILLAN.

(For the Syllabus in this case, see the preceding case of *Sutton* v. *Mc. Millan*, page 102.)

MOTION by the defendant to set aside a judgment obtained by the plaintiff against him, heard by his Honor, *Russell, J.*, at Chambers, in the county of BLADEN.

From the order made by his Honor, the plaintiff appealed. The facts of the case, and the points raised and decided in the Court below and in this Court, are identically the same as are those in the case preceding.

*R. H. & C. C. Lyon*, for appellant.
*Kerr*, contra.

SETTLE, J. The question presented by this record, is decided in *Sutton* v. *McMillan*, at this term.

Let it be certified that there is error.

PER CURIAM.　　　　　　　　　　Judgment reversed.